■ In the Matter of DARRELL CLINTON, Appellant, v HENRY LEMONS, Jr., Acting Chairman, New York State Division of Parole, Respondent. [907 NYS2d 734]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered July 30, 2009 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Pine and Gorski, JJ.